No. 04-9336. BOWEN v. CITY OF LOS ANGELES, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 04-9366. GALDAMEZ v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04-9380. WHIGHAM v. CITY OF SAN FRANCISCO, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 04-9403. HUBANKS v. FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 04-9428. CLARK v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04-9434. RICE v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 04-9443. SAID ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 04-9476. CUTBIRTH v. WYOMING DEPARTMENT OF CORRECTIONS ET AL. Sup. Ct. Wyo. Certiorari denied.

No. 04-9486. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04-9492. TAYLOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04-9495. CARBAJAL-DEPAZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04-9497. VOLIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04-9499. ATHANASIADES v. EDELMAN. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04-9500. BRAMWELL v. COMPTON, WARDEN. C. A. 4th Cir. Certiorari denied.